UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

W. ALVIN JACKSON, et al.,

    Plaintiffs,                                      Civil Action No.
                                                09-CV-10779

vs.

                                                PAUL D. BORMAN
MIKE BUTLER, et al.,                       UNITED STATES DISTRICT JUDGE

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING IN PART DEFENDANTS' MOTION FOR COSTS

On November 25, 2009, Magistrate Judge Donald A. Scheer issued a Report and Recommendation ("R&R") in which he recommends that Defendants' Motion for Costs be granted in part and that Defendant PRS Franchise Systems, LLC, be awarded attorney fees in the sum of $9,450.00, together with such costs as may be taxed by the clerk of the court in accordance with Fed. R. Civ. P. 54 and E.D. Mich. LR 54.1.

No objections have been filed and the time to do so has expired. The Court has had an opportunity to fully review this matter and finds that Magistrate Judge Scheer has reached the proper conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Scheer's R&R dated November 25, 2009, is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Defendants' Motion for Costs is granted in part as follows: Defendant PRS Franchise Systems, LLC, is awarded attorney fees in the sum of $9,450.00, together

with such costs as may be taxed by the clerk of the court in accordance with Fed. R. Civ. P. 54 and

E.D. Mich. LR 54.1.


s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 29, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 29, 2009.

s/Denise Goodine
Case Manager